1

2   JAMES R. NANCE, ESQ.
    Nevada Bar No. 9878
3   STEVEN L. DAY, ESQ.
    Nevada Bar No. 3708
4   **DAY NANCE**
    1060 Wigwam Parkway
5   Henderson, NV  89074
    Tel.  702-309-3333
6   Fax. 702-309-1085
7   jnance@daynance.com

8   Attorneys for Plaintiff

9



10              **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12

13   JAMES SMOCK,                        )
                                         )
14        Plaintiff,                     )    Case No.  3:11-cv-0094-RCJ-VPC
                                         )
15   vs.                                 )
                                         )
16                                       )
     PEPPERMILL CASINOS, INC.,  dba      )
17   RAINBOW HOTEL CASINO,  DOES         )
     I through X, inclusive,             )
18                                       )
          Defendants.                    )
19   _____)

20         **STIPULATION AND ORDER REGARDING MOVING THE**
21     **HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

22        IT IS HEREBY STIPULATED and agreed between James Smock, by and through

23   his counsel, Day & Nance and Defendant Peppermill Casinos, Inc., by and through its

24   counsel, Erickson, Thorpe & Swainston, that the hearing on Defendant's Motion

25

26

27

28
    W:\Master\667410\StipOrderHearing.wpd

1  for Summary Judgment previously set for March 26, 2010 at 10:00 a.m., will be moved to

2  March 19, 2012. @ 10:00AM IN RENO COURTROOM 6, before Chief Judge Robert C. Jones.

4  DATED: March 9, 2012                        DATED:  March 9, 2012

6  By:   /s/ James R. Nance                         By:     /s/ Thomas P. Beko
      James R. Nance, Esq.                          Thomas P. Beko, Esq.
7    DAY & NANCE                                       ERICKSON, THORPE & SWAINSTON
      1060 Wigwam Parkway                         P.O. Box 3559
8    Henderson, NV 89074                           Reno, NV 89505
      Attorneys for Plaintiff                             Attorneys for Defendant

## **ORDER**

**IT IS SO ORDERED**.

DATED this  14th  day of March,  2012.

_____
DISTRICT COURT JUDGE