JAMES R. NANCE, ESQ.
Nevada Bar No. 9878
STEVEN L. DAY, ESQ.
Nevada Bar No. 3708
**DAY NANCE**
1060 Wigwam Parkway
Henderson, NV  89074
Tel.  702-309-3333
Fax.  702-309-1085
jnance@daynance.com

Attorneys for Plaintiff



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES SMOCK, ) | |
| ) | |
| Plaintiff, ) | Case No.  3:11-cv-0094-RCJ-VPC |
| ) | |
| vs. ) | |
| ) | |
| PEPPERMILL CASINOS, INC., dba ) | |
| RAINBOW HOTEL CASINO, DOES ) | |
| I through X, inclusive, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER REGARDING MOVING THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED and agreed between James Smock, by and through his counsel, Day & Nance and Defendant Peppermill Casinos, Inc., by and through its counsel, Erickson, Thorpe & Swainston, that the hearing on Defendant's Motion

W:\Master\667410\StipOrderHearing.wpd

1 | for Summary Judgment previously set for March 26, 2010 at 10:00 a.m., will be moved to

2 | March 19, 2012. @ 10:00AM IN RENO COURTROOM 6, before Chief Judge Robert C. Jones.

4 | DATED: March 9, 2012                    DATED:  March 9, 2012

6 | By:   /s/ James R. Nance                By:    /s/ Thomas P. Beko
7 |        James R. Nance, Esq.                     Thomas P. Beko, Esq.
       DAY & NANCE                            ERICKSON, THORPE & SWAINSTON
8 |    1060 Wigwam Parkway                    P.O. Box 3559
       Henderson, NV 89074                    Reno, NV 89505
9 |    Attorneys for Plaintiff                Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED**.

DATED this  14th  day of March, 2012.

_____
DISTRICT COURT JUDGE